# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONARD T. WILLIAMSON, SR., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>ORLANDO HARPER, *County Prison* )<br>*Warden*, ATTORNEY GENERAL OF THE )<br>COMMONWEALTH OF PENNSYLVANIA, )<br>and DISTRICT ATTORNEY OF )<br>ALLEGHENY COUNTY, )<br>)<br>Respondents. ) | Civil Action No. 17-1204<br>Magistrate Judge Maureen P. Kelly |

## ORDER

Leonard T. Williamson, Sr. ("Petitioner") filed a Petition for Writ of Habeas Corpus in this Court (the "Petition"), ECF No. 8, challenging the fact that he is being detained in the Allegheny County Jail ("ACJ") and asserting that he is entitled to be housed in "alternative housing," which the Court takes to mean a halfway house. Respondents have filed an Answer, denying that Petitioner is entitled to any relief. ECF No. 20.

It recently came to the Court's attention that Petitioner was released from ACJ as of February 2019, when the Court discovered that Petitioner was listed on the VINElink website as being "out of custody" and a call to the ACJ confirmed that Petitioner was released in February, 2019.

Accordingly, the Court ordered Petitioner to Show Cause why the case was not rendered moot upon his release. ECF No. 27. Petitioner was required to file a response to the Order to Show Cause no later than October 18, 2019. Petitioner was warned that failure to file a response would result in the dismissal of the Petition as moot or due to Petitioner's failure to prosecute.

The Order to Show Cause was sent to Petitioner's address of record. The Order to Show Cause was returned to the Court as undeliverable because Petitioner was no longer at the ACJ.

In light of the foregoing, including Petitioner's release from the ACJ and his failure to keep the Court informed of his current address, **IT IS HEREBY ORDERED** that the case is **DISMISSED** as moot or for failure to prosecute. DeFoy v. McCullough, 393 F.3d 439 (3d Cir. 2005) (it is a habeas petitioner's burden to demonstrate that his case is not moot once he has been released from the sentence). The Clerk is to mark the case closed.

DATED: OCTOBER 21, 2019

BY THE COURT:

*/s/ Maureen P. Kelly*
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc: All counsel of record via CM-ECF

LEONARD T. WILLIAMSON, SR.
13951
Allegheny County Jail
950 2nd Ave.
Pittsburgh, PA 15219